JAN 2 5 2008

UNITED STATES DISTRICT COURT

**CV 08 0664**

NORTHERN DISTRICT OF CALIFORNIA

EDL

| | |
|---|---|
| Rosario Marinello | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) CASE NO. _____ |
| California Department of Corrections and Rehabilitation | ) **EMPLOYMENT DISCRIMINATION**<br>) **COMPLAINT** |
| Defendant(s). | ) |

1. Plaintiff resides at:

   Address __324 Hawthorne_____

   City, State & Zip Code __Salinas, CA 93901_____

   Phone __(831) 915-5332_____

2. Defendant is located at:

   Address __PO BOX 1020_____

   City, State & Zip Code __Soledad, CA 93960_____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                               - 1 -

  c. ✓ Failure to promote me.

  d. ✓ Other acts as specified below.

1) Removal from a Promotional List. 2) Not being allowed to reinstate into a job position.

3) False allegations resulting in invasion of interest in my reputation, and disruption of my ability

to conduct business in my occupation or other fields within my background, education, and skill sets.

5. Defendant's conduct is discriminatory with respect to the following:

  a. __ My race or color.

  b. __ My religion.

  c. __ My sex.

  d. __ My national origin.

  e. ✓ Other as specified below.

6. The basic facts surrounding my claim of discrimination are:

Retaliation for engaging in protective activities, in violation of the Title VII of the

Civil Rights Act of 1964, as amended. The basic facts supporting my claim are:

1) Incorrect information was negatively interpreted in my promotional Background Investigation

resulting in a Withhold placement from the CCI Promotional list around May 10th, 2007.

2) I was not allowed to reinstate in my former position as an M&SSI when requesting on May 31st, 2007,

and July 30th, 2007. I was informed by the Chief Deputy Warden at Salinas Valley State Prison the reason was

my being the subject of an Internal Affairs investigation that initiated on June 28th, 2006.

I explained to an Investigator on September 6th, 2006 that the Allegations are False.

7. The alleged discrimination occurred on or about May,10th 2007.

               (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)       - 2 -

1 | discriminatory conduct on or about September, 4th 2007 .
2 | (DATE)
3 | 9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about October 10th, 2007 .
5 | (DATE)
6 | 10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes _____ No ✓
8 | 11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: 1/24/08

*Rosario Marinello* (signature)

SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION IS NOT REQUIRED.)

Rosario Marinello

PLAINTIFF'S NAME
(Printed or Typed)

Form-Intake 2 (Rev. 4/05)    - 3 -



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5057 6516

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB  Room 4239
Washington, DC 20530

October 10, 2007

Mr. Rosario Marinello
266 Reservation Rd., #F-232
Marina, CA  93933

Re: EEOC Charge Against State of California, Dept. of Corrections
    No. 556200700924

Dear Mr. Marinello:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Rena J. Comisac
Acting Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Jose Local Office, EEOC
    State of California, Dept. of Corrections