ORIGINAL FILED

JAN 25 2008

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDL

'V 08    0664

Rosario Marinello )
)
Plaintiff, )   CASE NO. _____
)
vs. )   **APPLICATION TO PROCEED**
)   **IN FORMA PAUPERIS**
California Department of Corrections and )
Rehabilitation )
)
Defendant. )

I, Rosario Marinello _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1000.00                        Net: $910.00

Employer: Uretsky Security

411 Granite St. Pacific Grove, CA 93950

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                - 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7     a.     Business, Profession or     Yes ____ No ✓
8               self employment?

9     b.     Income from stocks, bonds,     Yes ✓ No ____
10              or royalties?

11     c.     Rent payments?     Yes ____ No ✓

12     d.     Pensions, annuities, or     Yes ____ No ✓
13              life insurance payments?

14     e.     Federal or State welfare payments,     Yes ____ No ✓
15              Social Security or other govern-
16              ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | $ 1150.00 Net Capital Gains from Securities trades in 2007
20 | _____

21 | 3. Are you married?     Yes ____ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a.     List amount you contribute to your spouse's support:$ _____
27 |        b.     List the persons other than your spouse who are dependent upon you for support
28 |              and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)          - 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2    _____
3    _____
4    5.    Do you own or are you buying a home?    Yes ____  No ✓
5    Estimated Market Value: $_____  Amount of Mortgage: $_____
6    6.    Do you own an automobile?    Yes ✓  No ____
7    Make Nissan        Year 1996        Model Quest
8    Is it financed? Yes ____  No ✓    If so, Total due: $ _____
9    Monthly Payment: $ _____
10   7.    Do you have a bank account?  Yes ✓  No ____  (Do not include account numbers.)
11   Name(s) and address(es) of bank: Smith Barney
12   1418 South Main St. Salinas, CA 93901
13   Present balance(s):  $ 0
14   Do you own any cash?  Yes ____  No ✓  Amount: $ _____
15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16   market value.)    Yes ✓  No ____
17   600 shares Calpine Corp.  apx. $200.00
18   8.    What are your monthly expenses?
19   Rent: $ 550.00        Utilities: 200.00 (fuel for commuting to work)
20   Food: $ 200.00        Clothing: $50.00
21   Charge Accounts:
22   Name of Account          Monthly Payment        Total Owed on This Account
23   Salute Visa              $ 35.00                $ 677.31
24   Tribute Mastercard       $ 35.00                $ 595.74
25   UCFCU                    $ 172.00               $ 1800.00
26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27   they are payable.  Do not include account numbers.)
28   Student Loan (XPRESS Loan Servicing) - $ 77, 788. 07  /  Auto - Drive Financial $ 18, 121. 82

Form-Intake 3 (Rev. 4/05)            - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?    Yes ____   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  01/24/08
12      DATE                                            SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                    - 4 -