## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,                          )
                                            )
            **Plaintiff(s),**               )        Case No. C-08-0664-EDL
            **(Petitioner)**                )
                                            )
V.                                          )
                                            )        *ORDER RE APPLICATION*
CALIFORNIA  DEPARTMENT  OF                  )        *TO PROCEED*
CORRECTIONS & REHABILITATION,               )        *IN FORMA PAUPERIS*
                                            )
            **Defendant(s),**               )
            **(Respondent)**                )
                                            )

*FILED*
*FEB 2 6 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

(✓)    **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )    **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than _____ . Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )    **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____ . Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated:  Feb 26 2008

_____
UNITED STATES *MAGISTRATE* JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,                         Case Number: CV08-00664 EDL

        Plaintiff,                         **CERTIFICATE OF SERVICE**

v.

CA DEPARTMENT OF CORRECTIONS
AND REHABILITATION et al,

        Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosario Marinello
324 Hawthorne
Salinas, CA 93901

Dated: February 26, 2008

                Richard W. Wieking, Clerk
                By: Lili M. Harrell, Deputy Clerk