Rosario Marinello
266 Reservation Rd # f-232
Marina, Ca. 93933

Clerks Office
United States District Court
Northern District of California
450 Golden Gate Ave, 16th Floor
San Francisco, CA. 94102

2/29/2008



**F I L E D**

**MAR X 3 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RE: Change of Residence Address

To Whom It May Concern:

I moved back to my original residence I maintained since February, 2001.Please change
my residence address listed on case # C 08-00664 to the address below. To maintain
confidentiality my mailing address will continue to be as listed above, please send all
correspondence to that address. Thank you.

Former residence: 324 Hawthorne
            Salinas, CA. 93901

New residence: 390 Melrose
            Pacific Grove, CA. 93950

Rosario Marinello