1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MIGUEL A. NERI, Supervising
   Deputy Attorney General
3  FIEL TIGNO, Supervising
   Deputy Attorney General
4  KAREN KIYO HUSTER
   Deputy Attorney General
5  State Bar No. 173622
     1515 Clay Street, Suite 2000
6    P.O. Box 70550
     Oakland, CA 94612-0550
7    Telephone: (510) 622-2197
     Fax: (510) 622-2121

Attorneys for Defendant
California Department of Corrections and
Rehabilitation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSARIO MARINELLO,**<br><br>                       Petitioner,<br><br>     v.<br><br>**CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION,**<br><br>                       Respondent. | Case No.: C 08-0664 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

///

///

///

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE     Marinello v. CDCR
                                                     Case No. C 08-0664 EDL

1  Dated: April 10, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California
4  MIGUEL A. NERI, Supervising
   Deputy Attorney General
5  FIEL D. TIGNO, Supervising
   Deputy Attorney General

7  /s/
KAREN KIYO HUSTER
8  Deputy Attorney General

9  Attorneys for Defendant
California Department of Corrections and
10  Rehabilitation

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE     Marinello v. CDCR
Case No. C 08-0664 EDL

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     ***Rosario Marinello v. California Department of Corrections and Rehabilitation***

U.S. District Court, Case No.:     C 08-0664 EDL

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On <u>April 14, 2008</u>, I served the attached **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Rosario Marinello, In Pro Per
324 Hawthorne
Salinas, CA  93901

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 14, 2008, at Oakland, California.

|  |  |
|---|---|
| Elvia Granados | |
| Declarant | Signature |

Marinello.Declination to Proceed Before A Magistrate Judge.wpd