**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,

        Plaintiff(s),                      No. C-08-00664 EDL

  v.                                       NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

CA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendant(s).
_____/

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**X**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

       The CASE MANAGEMENT CONFERENCE previously scheduled for May 6, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: April 14, 2008

                                                 Richard W. Wieking, Clerk
                                                 United States District Court

                                                  /s/Frank Justiliano
                                               By: Frank Justiliano
                                               Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,

        Plaintiff(s),                       No. C-08-00664 EDL

    v.                                     NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

CA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

        Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**X**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for May 6, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: April 14, 2008

                                                  Richard W. Wieking, Clerk
                                                  United States District Court

                                                  /s/Frank Justiliano
                                                 By: Frank Justiliano
                                                 Deputy Clerk