**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         415.522.2000


**April 15, 2008**

**CASE NUMBER:  CV 08-00664 EDL**
**CASE TITLE:  ROSARIO MARINELLO-v-CA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/15/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 4/15/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA