IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,

    Defendant.
_____/

No. C 08-00664 CW

**ORDER OF TRANSFER**

On January 25, 2008, Plaintiff filed the above-captioned action.  Pursuant to Civil Local Rule 3-2(c) and (e):

> "**Assignment to a Division.**  Pursuant to the Court's Assignment Plan, except for Intellectual Property Actions, Securities Class Actions and Capital and Noncapital Prisoner Petitions or Prisoner Civil Rights Actions, upon initial filing, all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises.  A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is located.  Actions in the excepted categories shall be assigned on a district-wide basis."

> "**San Jose.**  Except as provided in Civil L.R. 3-2(c), all civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose Division."

The events in this action occurred in Monterey County.  Accordingly,

1     IT IS HEREBY ORDERED that pursuant to Civil Local Rule 3-2(f)
2  this action is transferred to the San Jose Division and shall be
3  subject to the provisions of the Court's Assignment Plan.
4
5
6  Dated:  4/21/08                   
7                                    _____
                                     CLAUDIA WILKEN
8                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MARINELLO et al,

        Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITAT et al,

        Defendant.

Case Number: CV08-00664 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karen K. Huster
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

Dated: April 21, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk