**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>            Plaintiff(s),<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION,<br><br>            Defendant(s).<br>_____/ | No. C 08-00664 JW<br><br>CLERK'S NOTICE SETTING CASE<br>MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment, a Case Management Conference is set before Judge James Ware on **May 12, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **May 2, 2008.**

Dated: April 23, 2008

                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk

                                        by: _____/s/_____
                                               Elizabeth Garcia
                                               Courtroom Deputy