Rosario Marinello  
266 Reservation Rd # F-232  
Marina, CA 93933

4/18/08



FILED  
APR 21 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

Clerks Office  
U.S. District Court  
1301 Clay ST. STE #400- South  
Oakland, CA  94612-5212

RE: Case # C-08-0664-~~EDL~~ JW

To Whom IT May Concern:

My case, C-08-0664-EDL, has recently been transferred to your District Court from US District Court in San Francisco. Please expedite the scheduling of my hearing, the length of time that has elapsed and the allegations I am contesting have caused increased financial hardships.

Please send all of the correspondence to the address listed below.  My Mailing address is different from my residence and my residence address does not receive any mail per the landlord.  Thank You.

Sincerely,

*Rosario Marinello*  
Rosario Marinello

Mailing Address:   Rosario Marinello  
266 Reservation Rd. #f-232  
Marina, Ca 93933