## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: ***Rosario Marinello v. California Department of Corrections and Rehabilitation***
Case No.: 5:08-CV-00664-JW
United States District Court, Northern District of California

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On <u>April 29, 2008</u>, I served the attached:

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT BY MAIL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

> Rosario Marinello
> 266 Reservation Road, #F-232
> Marina, CA  93933

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 29, 2008, at Oakland, California.

| JANICE KENDRICKS | *[signature]* |
|---|---|
| Declarant | Signature |

90084367.wpd