1　EDMUND G. BROWN JR.
　　Attorney General of the State of California
2　MIGUEL A. NERI, Supervising
　　　Deputy Attorney General
3　FIEL TIGNO, Supervising
　　　Deputy Attorney General
4　KAREN KIYO HUSTER
　　Deputy Attorney General
5　State Bar No. 173622
　　DAVID PAI
6　Deputy Attorney General
　　State Bar No. 227058
7　　1515 Clay Street, Suite 2000
　　　P.O. Box 70550
8　　Oakland, CA 94612-0550
　　　Telephone: (510) 622-2197
9　　Fax: (510) 622-2121

10

11　Attorneys for Defendant
　　California Department of Corrections and
　　Rehabilitation

12

13　　　　　　　UNITED STATES DISTRICT COURT

　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| **ROSARIO MARINELLO,** | Case No.: C 08-0664-JW |
| Petitioner, | **CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | Date:  May 12, 2008 |
| **CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION,** | Time:  10:00 a.m. |
| | Courtroom: 8 |
| | Judge:  Honorable James Ware |
| Respondent. | Trial Date: N/A |
| | Action Filed: |

　　　Defendant California Department of Corrections and Rehabilitation ("CDCR") submits the following information to assist the Court in the management of this case.

　　　1.　**Jurisdiction and Service:** CDCR was served on  March 20, 2008.

　　　2.　**Facts:** Plaintiff, proceeding in pro per, was an employee of CDCR at Salinas Valley State Prison in Soledad, California.  Plaintiff's claim involve apparent dissatisfaction with the

　　　　　　　　　　　　　　　　　1

1   process of promotion and job reinstatement.

2       3.   **Legal Issues:** Whether plaintiff filed this action within the 90-day limitations period

3   set forth under Title VII  and whether plaintiff's allegations give rise to a cause of action under

4   Title VII.  42 U.S.C. §2000 et seq.

5       4.   **Motions:**  Defendant filed a motion to dismiss under Federal Rules of Civil Procedure,

6   Rule 12(b)(6).  The motion is requested to be heard on June 23, 2008.  Following discovery,

7   defendant will file a motion for summary judgment if deemed appropriate.

8       5.   **Amendment of Pleadings:** At this time defendant is unaware of whether parties,

9   claims or defenses are expected to be added.

10      6.   **Evidence Preservation:** Pursuant to CDCR policies, a litigation hold is in place

11  concerning any information relevant to plaintiff's claim.  This includes a suspension of data

12  destruction even if normal document retention schedules would require its destruction.  CDCR

13  has instructed its employees to preserve any relevant electronic files and to identify any backup

14  files.

15      7.   **Disclosures:** Because defendant has been unable to communicate with plaintiff by

16  telephone or in writing, no initial disclosures have been made.  Defendant anticipates providing

17  plaintiff a list of witnesses and a description of documents supporting anticipated defenses by

18  May 5, 2008.

19      8.   **Discovery:**   To date, no discovery had been served or received by defendant.  At this

20  stage, defendant can only propose the following general discovery plan:

21
| Type | Anticipated completion date |
| --- | --- |
| Interrogatories | July 2008 |
| Document Requests | September 2008 |
| Requests for Admissions | September 2008 |
| Deposition of Witnesses | September 2008 |
| Expert Depositions | October 2008 |

27      9.   **Class Actions:**  Not applicable.

28

CASE MANAGEMENT CONFERENCE STATEMENT                                Marinello v. CDCR

Case No.  C 08-0664 JW

10. **Related Cases:** Defendant is unaware of any related cases at this time.

11. **Relief:** At this time defendant is unable to determine the basis of calculating damages, if any. Defendant can provide such information following appropriate discovery.

12. **Settlement and ADR:** Defendants ask to defer ADR discussions until after the court rules on its Rule 12(b)6 motion.

13. **Consent to Magistrate Judge for All Purposes:** Defendant declines to proceed before a magistrate judge for all purposes.

14. **Other References:** Not applicable.

15. **Narrowing on issues:** None at this time.

16. **Expedited Schedule:** Defendant is unaware of any basis to which this matter must proceed expeditiously.

17. **Scheduling:** Defendant proposes the following:

| Event | Date |
|---|---|
| Expert designation | 90 days before first day of trial |
| Discovery cut-off | 30 days before first day of trial (all discovery to be completed) |
| Hearing on dispositive motions | 30 days before first day of trial |
| Pretrial conference, interim | 60 days before first day of trial |
| Final pretrial conference | 7 days before first day of trial |
| Trial | December 8-12, 2008, or at such time the court is available |

18. **Trial:** Claims for reinstatement, backpay and front pay for Title VII violation are not jury triable because they are equitable remedies. *Lutz v. Glendale Union High School*, 403 F3d 1061, 1067–1069 (9th Cir. 2005). Defendant anticipates this bench trial to be no longer than 5 days.

19. **Disclosure of Non-party Interested Entities or Persons:** Not applicable where, as here, defendant is a government entity. N.D. Cal. R. 3-16(a).

3

CASE MANAGEMENT CONFERENCE STATEMENT

Marinello v. CDCR
Case No. C 08-0664 JW

20. **Other:** Defendant is unable to reach plaintiff by telephone for the purpose of preparing a joint case management conference statement.

Dated: May 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General


/s/
DAVID PAI
Deputy Attorney General

Attorneys for Defendant
California Department of Corrections and
Rehabilitation

4