## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Rosario Marinello v. California Department of Corrections and Rehabilitation*

U.S. District Court, Case No.:    C 08-0664 EDL

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On <u>May 2, 2008</u>, I served the attached by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

### CASE MANAGEMENT CONFERENCE STATEMENT

Rosario Marinello, In Pro Per
324 Hawthorne
Salinas, CA 93901

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2008, at Oakland, California.

| Janice Kendricks | *[signature]* |
|---|---|
| Declarant | Signature |

CMC statement.wpd