UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO, | No. C 08-00664 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for May 12, 2008 at 10:00 AM has been reset to **June 23, 2008 at 10:00 AM** to coincide with the Motion hearing previously set for June 23, 2008 at 9:00 AM in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: May 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  /s/
Elizabeth Garcia
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINELLO et al,<br><br>        Plaintiff,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITAT et al,<br><br>        Defendant._____/ | Case Number: CV08-00664 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosario Marinello
266 Reservation Rd. #f-232
Marina, CA 93933

Dated: May 9, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk