OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NMR

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

NIXIE    951    CC 1    75
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 95113309500    *2856-054

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO, | No. C 08-00664 JW |
| Plaintiff(s), | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recent case reassignment, a Case Management Conference is set before Judge James Ware on **May 12, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **May 2, 2008.**

Dated: April 23, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy

## Other Events
5:08-cv-00664-JW Marinello v. California Department of Corrections & Rehabilitation
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/23/2008 10:06 AM and filed on 4/23/2008
**Case Name:**    Marinello v. California Department of Corrections & Rehabilitation
**Case Number:**    5:08-cv-664
**Filer:**
**Document Number:** 17

**Docket Text:**
**CLERK'S NOTICE Setting Case Management Conference. Joint Case Management Statement due by 5/2/2008. Case Management Conference set for 5/12/2008 10:00 AM in Courtroom 8, 4th Floor, San Jose before Hon. James Ware. (ecg, COURT STAFF) (Filed on 4/23/2008)**

**5:08-cv-664 Notice has been electronically mailed to:**

Karen K. Huster    karenkiyo.huster@doj.ca.gov

**5:08-cv-664 Notice has been delivered by other means to:**

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Clerk's Notices and Cert.Serve\08-0664 Marinello v. California Department of Corrections & Rehabilitation.SET.CMC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/23/2008] [FileNumber=4328901-0]
[9a2fb6cbe6796f9c257ea5a07333d05d2db5b932049b7b98a19b5b73cf54bf9735bc2
b932f6bed70a35dd50a55ff81b1d195957fd0520ff706fd2d203b3cba29]]