OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Box 2

N,-R



NO MAIL RECEPTACLE

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

CV08-00664 EDL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO, | No. C-08-00664 EDL |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendant. | |

The Court has received Plaintiff's Motion for Default Judgment, which was filed on March 25, 2008. The docket reflects that on February 28, 2008, after the Court granted Plaintiff's application to proceed in forma pauperis, summons was issued as to Defendant California Department of Corrections and Rehabilitation. No return of service has been docketed. A motion for default judgment is not appropriate until Defendant has been served, the time for Defendant to respond to the complaint has passed and the clerk has entered Defendant's default. See generally Fed. R. Civ. P. 55. Because there is no evidence that any of these events have occurred, Plaintiff's Motion for Default Judgment is denied without prejudice as untimely. Plaintiff may renew her motion for default judgment if it later becomes appropriate to do so under Rule 55.

To the extent that Plaintiff's filing constitutes her case management conference statement for the case management conference on May 6, 2008, the Court will retain the document and consider it in preparation for the case management conference. In the meantime, if Plaintiff has not already done so, she should obtain the Pro Se Handbook from the clerk's office at 450 Golden Gate Avenue

//
//
//

in San Francisco or on-line at www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April __, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO, | Case Number: CV08-00664 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

Dated: April 3, 2008

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk

**Orders on Motions**
3:08-cv-00664-EDL Marinello v. California Department of Corrections & Rehabilitation
ADRMOP, E-Filing, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/3/2008 2:08 PM and filed on 4/3/2008
**Case Name:**        Marinello v. California Department of Corrections & Rehabilitation
**Case Number:**   3:08-cv-664
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [9]. Signed by Judge Elizabeth D. Laporte. (Attachments: # (1) Certificate of Service) (lmh, COURT STAFF) (Filed on 4/3/2008)

**3:08-cv-664 Notice has been electronically mailed to:**

**3:08-cv-664 Notice has been delivered by other means to:**

Rosario Marinello
390 Melrose
Pacific Grove, CA 93950

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\EDLALL\2008\08-0664\default.ord.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/3/2008] [FileNumber=4272665-0] [
879f0faed7a336205eaceec61bb89b87016b7ff27648f8f349acf0be2ed8db8d37e0ee
483a09d9be48ce2200223f84dbcf7e0173dbf6b9c5fe75c30b4406e18a]]
**Document description:** Certificate of Service
**Original filename:** G:\EDLALL\2008\08-0664\certserv.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/3/2008] [FileNumber=4272665-1] [
8e44b89b742012a56a6ec17bfddc8ee747f8b54fc5ec488ff30ad9117fbd82deb3937a
3ae11f448a1d1aa294cc98ad46f6942948ab89ffab2e0fc3e554e765be]]