# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Marinello,<br><br>              Plaintiff(s),<br><br>     v.<br><br>California Department of Corrections & Rehabilitat,<br><br>              Defendant(s). | 08-00664 JW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: June 5, 2008

           RICHARD W. WIEKING
           Clerk
           by:    Timothy J. Smagacz

           *Timothy Smagacz*

           _____
           ADR Administrative Assistant
           415-522-4205
           Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:    Marinello v. California Department of Corrections & Rehabilitat

Case Number:    08-00664 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Rosario Marinello
> 266 Reservation Rd. #f-232
> Marina, CA 93933
>
> Karen K. Huster
> Office of the Attorney General
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612
> karenkiyo.huster@doj.ca.gov
>
> David Pai
> Attorney General's Office
> 1515 Clay Street
> Oakland, CA 94612
> David.Pai@doj.ca.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov