EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
DAVID PAI
Deputy Attorney General
State Bar No. 227058
   1515 Clay Street
   P. O. Box 70550
   Oakland, CA  94612-0550
   Telephone: (510) 622-2148
   Fax: (510) 622-2204

Attorneys for Defendant
California Department of Corrections
and Rehabilitation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>               Plaintiff<br><br>vs<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>               Defendant. | Case No. CV08-0664 JW<br><br>**DECLARATION OF DAVID PAI IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS THE COMPLAINT [Fed.R.Civ.Proc Rule 12(b)(6)]**<br><br>Date: June 23, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8<br>Judge: Hon. James Ware |

I, David Pai, declare as follows:

    1.    I am an attorney duly licensed to practice in the U.S. District Court, Northern District of California.

    2.    I am a Deputy Attorney General at the California Department of Justice, and I represent Defendant in this matter.

3. Attached as an exhibit is an electronic copy of the following document that I obtained from PACER, this court's electronic case filing system:

A. Order Dismissing Complaint, Case No. C07-1117 BZ, dated December 20, 2007, signed by Magistrate Judge Bernard Zimmerman.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 6th day of June, 2008, at Oakland, California.

                                                                 /s/
                                                                 David Pai

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSARIO MARINELLO | ) | |
| Plaintiff(s), | ) | No. C07-1117 BZ |
| v. | ) | **ORDER DISMISSING COMPLAINT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) ) ) | |
| Defendant(s). | ) | |

On February 23, 2007, plaintiff filed this employment discrimination complaint pro see and applied to proceed *in forma pauperis*. After a series of Orders requiring him to amend his *in forma pauperis* application, on June 27, 2007, I denied his application and ordered him to pay the filing fee by July 16, 2007. Thereafter, I granted plaintiff a series of extensions to pay the fee. On October 30, 2007 I granted plaintiff's request, ordered him to pay the fee by December 3, 2007 and cautioned him that "no further extensions will be granted, and failure to timely pay the fee may result in dismissal of plaintiff's suit."

1

On December 5, 2007 the court received a letter dated December 2, 2007 asking that this case be placed "on hold until the outcome of my most recent State Personnel Board Appeal dated November 26th, 2007" and offering to pay the filing fee "if the results are in [sic] not in my favor." The request gives no indication of when this may happen.

It is unclear why plaintiff filed a discrimination lawsuit if he was still pursuing an administrative appeal and there is no justification for disobeying the Orders requiring him to pay the filing fee. Accordingly, his requests for an indefinite extension of time is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE.**

Dated: December 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\ORDER DISMISSING CASE.wpd

2