EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
DAVID PAI
Deputy Attorney General
State Bar No. 227058
    1515 Clay Street
    P. O. Box 70550
    Oakland, CA  94612-0550
    Telephone:  (510) 622-2148
    Fax: (510) 622-2204

Attorneys for Defendant
California Department of Corrections
and Rehabilitation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>           Plaintiff<br><br>vs<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>           Defendant. | Case No. CV08-0664 JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS THE COMPLAINT** [Fed.R.Civ.Proc Rule 12(b)(6)]<br><br>Date:   June 23, 2008<br>Time:   9:00 a.m.<br>Ctrm:   8<br>Judge:  Hon. James Ware |

      Pursuant to Federal Rules of Evidence 201, Defendant requests that judicial notice be

taken of the following:

      A.      Order Dismissing Complaint, Case No. C07-1117 BZ, dated December 20, 2007,

signed by Magistrate Judge Bernard Zimmerman.  Attached as Exhibit 1 to the accompanying

Declaration of David Pai.

1

1    Judicial notice may be taken of documents filed and orders or decisions entered in any

2    federal or state court. *Holder v. Holder* (9th Cir. 2002) 305 F.3d 854, 866; s*ee also Disabled*

3    *Rights Action Committee v. Las Vegas Events, Inc* (9th Cir. 2002) 375 F.3d 861, 866 (judicial

4    notice taken of public records).

5    Dated: June 9, 2008                     Respectfully submitted,

6

7                                            EDMUND G. BROWN JR.

8                                            Attorney General of the State of California
                                             MIGUEL A. NERI
9                                            Supervising Deputy Attorney General
                                             FIEL D. TIGNO
10                                           Supervising Deputy Attorney General

11

12                                           __/s/_____
                                             DAVID PAI
13                                           Deputy Attorney General

14                                           Attorneys for Defendant
                                             California Department of Corrections and
15                                           Rehabilitation

16

17

18

19

20

21

22

23

24

25

26

27

28

2