## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Rosario Marinello v. California Department of Corrections and Rehabilitation*
Case No.: 5:08-CV-00664-JW
United States District Court, Northern District of California

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On June 10, 2008, I served the attached:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFFS OPPOSITION TO DEFENDANT DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS THE COMPLAINT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Rosario Marinello
266 Reservation Road, #F-232
Marina, CA 93933

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 10, 2008, at Oakland, California.

JANICE KENDRICKS
Declarant

*Signature*

90087226.wpd