UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 23, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-0664 JW | **Interpreter:** N/A |
| **Related Case No.** N/A | |

TITLE

**Rosario Marinello v. California Department of Corrections and Rehabilitation**

**Attorney(s) for Plaintiff(s)**: Rosario Marinello (in pro per)
**Attorney(s) for Defendant(s)**: David Pai

PROCEEDINGS

1. Motion to Dismiss
2. Case Management Conference

ORDER AFTER HEARING

Hearing held. The Court took the matter under submission after oral argument. The Court VACATED the scheduled case management conference. Plaintiff to file an amended Complaint by July 14, 2008. The Court to issue further Order on Motion and further scheduling dates.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: