Rosario Marinello
266 Reservation Rd # F-232
Marina, CA 93933

6/25/2008

**FILED**

2008 JUL -1 P 2: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Office of the Clerk,
United States District Court
Northern District of California
280 South First Street # 2112
San Jose, California 95113-3095

RE: Change of Residence Address

08-664 JW

To Whom It May Concern:

Please change my residence address to the address below. To maintain confidentiality my mailing address will continue to be as listed above. Please send all correspondence to that address. Thank you.

Former residence: 390 Melrose
                  Pacific Grove, CA 93950

New residence:    1710 Napa
                  Seaside, CA 93955

*Rosario Marinello* 6/25/08
Rosario Marinello