```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  MIGUEL A. NERI
    Supervising Deputy Attorney General
 3  FIEL D. TIGNO
    Supervising Deputy Attorney General
 4  DAVID PAI
    Deputy Attorney General
 5  State Bar No. 227058
      1515 Clay Street
 6    P. O. Box 70550
      Oakland, CA  94612-0550
 7    Telephone:  (510) 622-2148
      Fax: (510) 622-2204
 8
    Attorneys for Defendant
 9  California Department of Corrections
    and Rehabilitation
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSARIO MARINELLO, | Case No. CV08-0664 JW |
|---|---|
| Plaintiff | NOTICE OF DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS THE AMENDED COMPLAINT |
| vs | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | [Fed.R.Civ.Proc Rule 12(b)(6)] |
| Defendant. | Date:  October 27, 2008<br>Time:  9:00 a.m.<br>Ctrm:  8<br>Judge:  Hon. James Ware |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 27, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard in Courtroom 8 of the above-entitled court, located at 280 South 1st Street, San Jose, CA 95113, Defendant California Department of Corrections and Rehabilitation ("CDCR") will move for an order to dismiss plaintiff's amended complaint under Federal Rules of Civil Procedure, Rule 12 (b)(6).

---

1

NOTICE OF DEFENDANT'S MOTION TO DISMISS                     Case No. CV08-0664 JW

This motion is necessitated by plaintiff's continued inability to sufficiently state a cause of action under Title VII of the Civil Rights Act of 1964. To wit, plaintiff has not and cannot allege that he was engaged in any protected activity as defined by Title VII.

The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the pleadings, records and files in this action, and on such further material and argument as may be submitted at or before the hearing on this motion.

WHEREFORE, Defendant prays as follow:

(1) That the Complaint and each claim for relief alleged therein be dismissed as against Defendant State of California Department of Corrections and Rehabilitation without leave to amend;

(2) That Plaintiff be ordered to take nothing from moving Defendant;

(3) That judgment be entered in favor of the moving Defendant; and

(4) For such other relief as the court deems just.

Dated: July 21, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General

/s/
DAVID PAI
Deputy Attorney General

Attorneys for Defendant
California Department of Corrections and Rehabilitation