## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Rosario Marinello v. California Department of Corrections and Rehabilitation*
Case No.:   5:08-CV-00664-JW
            United States District Court, Northern District of California

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is P.O. Box 70550, Oakland, CA 94612-0550.

On **July 21, 2008,** I served the attached:

> NOTICE OF DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS THE AMENDED COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS' MOTION TO DISMISS THE AMENDED COMPLAINT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

> Rosario Marinello
> 1710 Napa
> Seaside, CA  93955

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at Oakland, California.

        JANICE KENDRICKS                        *Janice Kendricks*
            Declarant                              Signature

90089795.wpd