United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO, | No. C 08-00664 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE COORDINATING MOTIONS FOR HEARING |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following motions are set to be heard before Judge James Ware

1. Defendant's Second Motion to Dismiss Plaintiffs Amended Complaint (Docket Item No. 43) and

2. Plaintiff's Motion for Summary Judgment (Docket Item No. 46) on **October 27, 2008 at 9:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 28, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Elizabeth C Garcia_
Elizabeth Garcia
Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION

        Defendant.

Case Number: CV08-00664 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosario Marinello
266 Reservation Rd. #f-232
Marina, CA 93933

Dated: July 28, 2008

Richard W. Wieking, Clerk

*Elizabeth C. Garcia*
By: Elizabeth C. Garcia, Deputy Clerk