IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosario Marinello, | NO. C 08-00664 JW |
|     Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| California Department of Corrections & Rehabilitation, | |
|     Defendant. | |

This case was scheduled for a Preliminary Pretrial Conference on June 1, 2009. Pursuant to the Court's November 20, 2008 Scheduling Order, the parties were ordered to submit a Joint Preliminary Pretrial Statement on or before May 22, 2009. (See Docket Item No. 58.) However, the parties have failed to do so. Accordingly, the Court continues the Preliminary Pretrial Conference to **June 15, 2009 at 11 a.m.** The parties shall file a Joint Preliminary Pretrial Statement on or before **June 5, 2009**. The Statement shall update the Court regarding, among other things, the parties' settlement efforts and proposed trial schedule. Failure to timely file the Statement may result in appropriate sanctions.

Dated: May 28, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Pai David.Pai@doj.ca.gov

Rosario Marinello
266 Reservation Rd. #f-232
Marina, CA 93933

**Dated: May 28, 2009**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　**By:     /s/ JW Chambers
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy**