IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosario Marinello, | NO. C 08-00664 JW |
|        Plaintiff,    v. | **ORDER DIRECTING THE CLERK TO STRIKE DOCKET ITEM NOS. 76-80 AND TO NOT ACCEPT FURTHER FILINGS FROM ALBERTA ROSE JONES IN THIS CASE** |
| California Department of Corrections & Rehabilitation, | |
|        Defendant. | |

From September 3-11, 2009, Alberta Rose Jones, who is a non-party to the above entitled action, filed a series of "declarations" and other incoherent documents which the Clerk of Court accepted and e-filed. Upon review, the Court finds that since Ms. Jones is neither a party to this action, Ms. Jones cannot interject herself into the case by filing frivolous unrelated documents. Accordingly, the Court orders the Clerk of Court to strike Docket Item Nos. 76-80 from the docket and to not accept any further filings from Alberta Rose Jones in this case.

Dated: September 21, 2009

                                                                          JAMES WARE
                                                                        United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Pai David.Pai@doj.ca.gov

Rosario Marinello
266 Reservation Rd. #f-232
Marina, CA 93933

Alberta Rose Jones
1144 Tangerine Way
Sunnyvale, CA 94087

**Dated: September 21, 2009**                    **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**