IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ROSARIO MARINELLO,**

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**

Defendant.

Case No. 08-0664-JW

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE LAST HEARING DATE FOR DISPOSITIVE MOTIONS**

On June 15, 2009, this Court issued a minute order setting an anticipated date for hearing Defendant's Motion for Summary Judgment on October 26, 2009, at 9 a.m. On June 16, 2009, this Court issued a further order that the last date for hearing dispositive motions is October 26, 2009 at 9 a.m.

After reviewing the Stipulated Request to Continue Last Hearing Date for Dispositive Motions, and supporting declaration thereof, the Court ORDERS as follow:

(1) The last date for hearing dispositive motions is continued from October 26, 2009, 9 a.m., to **November 16, 2009 at 9 a.m.** the parties shall file their motions in accordance with the Civil Local Rules of Court.

(2) The anticipated date for Defendant's Motion for Summary Judgment previously

1

set by the Court for October 26, 2009, at 9 a.m., is continued to **November 16, 2009 at 9 a.m.**

(3)     The Case Management Conference set for October 26, 2009, at 10 a.m. is

continued to **November 16, 2009 at 10 am.**The parties shall file a Joint Case Management

Statement on or before **November 6, 2009.**   The parties' Statement shall address, among other

things, the parties' settlement efforts and plan for proceeding with the remainder of the case.

This is the parties' final continuance.


Dated:  October 2, 2009                                _____

Hon. James Ware

United States District Judge

2

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    David Pai, David.Pai@doj.ca.gov

3

4    Rosario Marinello
      266 Reservation Rd. #f-232
      Marina, CA 93933

5

6

7    **Dated: October 2, 2009**                   **Richard W. Wieking, Clerk**

8                                             **By:**    **/s/ JW Chambers**
                                                **Elizabeth Garcia**

9                                                 **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28